## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

GUADALUPE AYALA-ARMIENTA,

     Defendant.

**8:21CR263**


**ORDER**

   This matter is before the court on Defendant's Unopposed Motion to Continue Deadline for Filing Pretrial Motions [20]. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate 45-day extension. Pretrial Motions shall be filed by May 5, 2022.

   IT IS ORDERED:

   1. Defendant's Unopposed Motion to Continue Deadline for Filing Pretrial Motions [20] is granted. Pretrial motions shall be filed on or before May 5, 2022.

   2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between March 21, 2022 and May 5, 2022, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

   Dated this 18th day of March, 2022.

           BY THE COURT:

           s/ Michael D. Nelson
           United States Magistrate Judge