IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GUADALUPE AYALA-ARMIENTA,<br><br>　　　　　　　Defendant. | **8:21CR263**<br><br>**ORDER** |

　　　　This matter is before the court on the motion of Assistant Federal Public Defender Cheryl M. Kessell and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Guadalupe Ayala-Armienta. (Filing No. 24). Cheryl M. Kessell represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Cheryl M. Kessell and the Office of the Federal Public Defender's motion to withdraw (Filing No. 24) is granted.

　　　　Desirae M. Solomon, 13215 Birch Drive, Suite 103, Omaha, NE 68164, (402) 578-4260, is appointed to represent Guadalupe Ayala-Armienta for the balance of these proceedings pursuant to the Criminal Justice Act. Cheryl M. Kessell shall forthwith provide Desirae M. Solomon with the discovery materials provided the defendant by the government and such other materials obtained by Cheryl M. Kessell which are material to Guadalupe Ayala-Armienta's defense.

　　　　The clerk shall provide a copy of this order to Desirae M. Solomon and the defendant.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 13th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge